■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BASS-KNIGHT, Appellant.— Motion by appellant for reargument of his motion to dispense with printing and for assigned counsel, granted. On reargument, the decision handed down April 3, 1961 (ante, p. 660), is amended by striking out the provision that the appeal will be heard on six copies of appellant's typewritten brief and by substituting a provision that the appeal will be heard on six copies of appellant's handwritten brief; one copy thereof to be served on the District Attorney. The brief shall include a copy of the opinion, if any, rendered by the court below. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS F. MALONEY, Appellant.— On the call of the calendar, appeal dismissed; there being no appearance for appellant and appellant having failed to comply with an order of this court, dated March 16, 1961, requiring him to perfect his appeal for the May 1961 Term. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.

■ MARILYN SHAMELZADECH et al., Respondents, v. PAUL M. SEGRE, Appellant, et al., Defendants.— Motion by appellant for a stay of the assessment of damages, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before August 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ CARLO BALDASSARRE, Individually and as Guardian ad Litem of KATHLEEN BALDASSARRE, and Others, Infants, et al., Appellants, v. EDWARD L. EVERNHAM, Respondent.— In a negligence action by a husband and wife and by their infant children, to recover damages for personal injuries, medical expenses and loss of services alleged to have been sustained as the result of defendant's operation of his motor vehicle, the plaintiffs appeal from an order of the Supreme Court, Nassau County, dated November 4, 1960, denying their motion for summary judgment, pursuant to rule 113 of the Rules of Civil Practice Act. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.